IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ADMINISTRATIVE COMMITTEE
OF THE WAL-MART STORES, INC.
ASSOCIATES' HEALTH AND
WELFARE PLAN                                              PLAINTIFF

    v.                CASE NO. 05-5007

NANCY LYNN GAMBOA,
BAUDELIO JOSE GAMBOA,
WENDY AURORA GAMBOA, AND
LUCAS TIZOE GAMBOA                                        DEFENDANTS

## **JUDGMENT**

Defendants' Motion for Attorneys' Fees (Doc. 38) was denied in an order filed herewith. For the reasons set forth in an order filed on February 7, 2006, Defendant's motion for summary judgment (Doc. 24) is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**The parties have thirty days from the date of entry of Judgment within which to appeal**.

IT IS SO ORDERED this 13th day of April 2006.

                                      /S/ Robert T. Dawson
                                      Robert T. Dawson
                                      United States District Judge